UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
JONATHAN BLAUFARB, derivatively on behalf of   :
BIOGEN INC.,                                   :
                                               :
                    Plaintiff,                 :
                                               :
         v.                                    :  Civil Action
                                               :  No. 24-12623-AK
MICHAEL VOUNATSOS, ALISHA ALAIMO,              :
ALFRED W. SANDROCK JR, SAMANTHA BUDD-           :
HAEBERLEIN, ALEXANDER J. DENNER,               :
CAROLINE DORSA, WILLIAM A. HAWKINS,            :
WILLIAMS D. JONES, NANCY L. LEAMING,           :
JESUS B. MANTAS, RICHARD C. MULLIGAN,          :
ROBERT W. PANGIA, STELIOS                      :
PAPADOPOULOS, BRIAN S. POSNER, ERIC            :
ROWINSKY, and STEPHEN A. SHERWIN,              :
                                               :
                    Defendants,                :
                                               :
    and                                        :
                                               :
BIOGEN INC.,                                   :
                                               :
                    Nominal Defendant.         :
------------------------------------- x

## ORDER OF ADMINISTRATIVE STAY/CLOSING

It is hereby **ORDERED** that the above-entitled action is stayed administratively without prejudice to the right of any party to restore it to the active docket pending resolution of *Shash v. Biogen Inc., et al.*, No. 21-cv-10479-IT (D. Mass.), and *Oklahoma Firefighters Pension & Retirement System v. Biogen Inc., et al.*, No. 1:22-cv-10200-WGY (D. Mass.) (the "Securities Class Actions").

By the Court:

Dated: March 31, 2025

/s/ Miguel A. Lara
Deputy Clerk